CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* MARY TURNER et al., Defendants, and KATHLEEN N. O'D. CANDEE, Individually and as Executrix of WILLIAM F. S. HART, Deceased, Appellant.

Submitted March 7, 1938; decided March 8, 1938.

*Edward F. X. Ryan* for motion.

*Mark C. Candee* opposed.

Motion denied, without costs.